The judgment of the Court of Civil Appeals is affirmed.

Opinion adopted by the Supreme Court.

## Bruce ABBOTT v. STATE.
### No. 18714.

Court of Criminal Appeals of Texas.
Oct. 14, 1936.

Pete E. Turner, of Abilene, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Theft of cattle is the offense; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## George BOWIE v. STATE.
### No. 18537.

Court of Criminal Appeals of Texas.
Oct. 14, 1936.

## J. L. DOSS v. WEST TEXAS CONSTRUCTION COMPANY.
### No. 1623—6578.

Commission of Appeals of Texas, Section B.
Oct. 7, 1936.

Thomas R. Smith and R. H. Ratliff, both of Colorado, Tex., and Ben H. Powell, of Austin, for plaintiff in error.

Goggans & Ritchie, Mart W. Reeves, and H. G. Goggans, all of Dallas, for defendant in error.

TAYLOR, Commissioner.

Defendant in error, West Texas Construction Company, filed this suit against J. L. Doss and wife upon two certificates of special assessment levied against them and their property for the cost of paving a portion of the street in the City of Colorado upon which the property abuts.

The case is clearly and accurately stated in the opinion of the Court of Civil Appeals. 59 S.W.(2d) 866. Upon a careful review and consideration of the record, we have concluded that the questions presented were correctly decided by that court and that the reasons given for its holdings are correct.

E. T. Adams, of Glen Rose, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is theft of hogs; the punishment, confinement in the penitentiary for two years.

Upon the written request of appellant, duly verified by his affidavit, the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the court.